UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MANUEL A. ROMERO,

                              Plaintiff,

        v.

QFS (QUALIFTY FACILITY SOLUTIONS),
FREDDY COLON, and ARIEL NUNEZ,

                          Defendant.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

19-CV-4179 (LDH)(LB)

---

LaSHANN DeARCY HALL, United States District Judge:

On May 13, 2021, Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that this Court grant Plaintiff's request to withdraw his Fair Labor Standards Act ("FLSA") claims with prejudice and withdraw his state law claims without prejudice.  The parties were given until May 27, 2021, to file objections to the Report and Recommendation. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)).  The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Levy's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's request to withdraw his FLSA claims with prejudice and withdraw his state law claims without prejudice is GRANTED.

1

SO ORDERED.

Dated: Brooklyn, New York
      June 23, 2021

/s/ LDH
LaSHANN DeARCY HALL
United States District Judge